1 **CAROL ANN MOSES #164193**
Attorney at Law
2 545 East Alluvial, Ste. 112
Fresno, California 93720
3 Telephone: (559) 449-9069
Facsimile: (559) 449-9016
4

5 Attorney for Defendant, YANCY YOUNG

6

7

8 UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA, ) CASE NO. 6:05-mj-0041 WMW
)
11 )
) WAIVER OF DEFENDANT'S
12 Plaintiff, ) PERSONAL APPEARANCE
)
13 vs. )
)
14 YANCY YOUNG )
)
15 Defendant. )
)
16 )

17       TO THE ABOVE-ENTITLED COURT:

18       The Defendant YANCY YOUNG, having been advised of his right to be present at all

19 stages of proceedings, including, but not limited to, presentation of and arguments on questions

20 of fact and law, and to be confronted by and to cross-examine all witnesses, hereby waives the

21 right to be present at the hearing of any motion or other proceeding in this cause.  Examples of

22 hearings concerning which the defendant waives the right to be present include when the case is

23 set for trial, when a continuance is ordered, when a motion to set aside an indictment is heard,

24 during a plea or change of plea, during sentencing or any case disposition, when a motion for

25 reduction of bail or for a personal recognizance release is heard.

26       The undersigned Defendant requests the Court to proceed during every absence of the

27 Defendant that the Court may permit pursuant to this waiver, and hereby agrees that his interest

28 is represented at all times by the presence of his attorney the same as if the Defendant were

personally present in court, and further agrees that notice to Defendant's attorney that Defendant's presence in court on a particular day at a particular time is required is notice to the Defendant of the requirement of Defendant's appearance at that time and place.

ORIGINAL SIGNATURES ON FILE
IN THE OFFICES OF CAROL MOSES

Dated: April 21 , 2005

By: /S/ YANCY YOUNG
YANCY YOUNG

Dated: April 21, 2005

By: /S/ CAROL ANN MOSES
CAROL ANN MOSES
Attorney for Defendant,
YANCY YOUNG

IT IS SO ORDERED.

**Dated:   April 21, 2005**              /s/ **William M. Wunderlich**
mmkd34                          UNITED STATES MAGISTRATE JUDGE